IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KELLY SOUTNER,** | : | Civil No. 1:18-CV-271 |
| **Plaintiff,** | : | |
| v. | : | |
| **PENN STATE HEALTH, d/b/a** <br> **The Milton Hershey Medical Center** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

## ORDER

In accordance with the accompanying memorandum of law, **IT IS HEREBY**

**ORDERED** that:

a) the Report and Recommendation (Doc. 49) recommending that Plaintiff Kelly Soutner's ("Soutner") motion for partial summary judgment (Doc. 23) be denied and that Defendant Penn State Health's motion for summary judgment (Doc. 26) be granted is **ADOPTED**;

b) Soutner's complaint is **DISMISSED WITH PREJUDICE**;

c) all unresolved motions in limine (Doc. 37, Doc 38, Doc. 39, Doc. 40, Doc. 41) are accordingly **DENIED** as moot;

d) the Clerk of Court is **DIRECTED** to close this case.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: March 31, 2020

1